United States District Court
Southern District of Texas
**ENTERED**
December 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUADALUPE PALACIOS, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. h-19-4024 |
| § | |
| ANDREW SAUL, COMMISSIONER OF § | |
| THE SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Defendant's Motion for Summary Judgment (Document No. 12), and Plaintiff's Cross Motion for Summary Judgment (Document No. 14). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment be GRANTED, that Plaintiff's Cross Motion for Summary Judgment be DENIED, and that the decision of the Commissioner of Social Security be AFFIRMED. Plaintiff has filed Objections (Document No. 20) to the Memorandum and Recommendation.

The Court, after having made a *de novo* determination of the parties' cross Motions for Summary Judgment, the Memorandum and Recommendation, and Plaintiff's Objections, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge

signed and filed on November 2, 2020, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion for Summary Judgment (Document No. 12) is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 14) is DENIED, and the decision of the Commissioner is AFFIRMED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 4th day of Dec., 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE